NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER J. CHESNEY,               )
                                      )
        Appellant,                    )
                                      )
v.                                    )    Case No. 2D16-2830
                                      )
JPMORGAN CHASE BANK, N.A., and        )
and PENNYMAC CORP.,                   )
                                      )
        Appellees.                    )
                                      )
_____ )

Opinion filed February 3, 2017.

Appeal from the Circuit Court for
Pasco County; Kimberly Sharpe Byrd,
Judge.

Matthew D. Ellrod of Matthew D. Ellrod,
P.A., New Port Richey, for Appellant.

Nancy M. Wallace and Michael J. Larson
of Akerman LLP, Tallahassee; and
William P. Heller of Akerman LLP, Fort
Lauderdale, for Appellee JPMorgan
Chase Bank, N.A.

No appearance for the remaining
Appellee.


PER CURIAM.


        Dismissed as an appeal from a nonfinal, nonappealable order.

SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.